AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| TRUE EARTH HEALTH PRODUCTS, LLC,<br> a New York limited liability company<br><br>_____<br>*Plaintiff(s)*<br>v.<br>JOSEPH CIORRA,<br>an individual,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 9:25-cv-80581-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOSEPH CIORRA
161-03 86th Street
Howard Beach, NY, 11414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ARTURO L. ARCA, ESQ.
TREMBLY LAW FIRM
9700 S. Dixie Highway, Penthouse 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: arturo@tremblylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   _____05/14/2025_____

*s/ Nadhege Augustin*   _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court